**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DONALD RAY McCARDELL, | ) | NO. CV 19-10014-DMG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RAYMOND MADDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice with respect to any state law claims and with prejudice with respect to any federal law claims.

DATED: August 3, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE